IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WAYNE O. REVEL, JR., | § | |
| | § | |
| Defendant Below, | § | No. 177, 2020 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1906000518 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 19, 2020
Decided: October 28, 2020

**O R D E R**

On June 16, 2020, the Court issued a briefing schedule; the appellant's opening brief was due July 31, 2020. On August 5, 2020, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. On August 24, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. On September 8, 2020, the postal service returned the August 24 notice with the designations "attempted-not known" and "unable to forward." On September 16, 2020, the Senior Court Clerk obtained an updated address for the appellant and resent the notice to the new address by certified mail. On October 6, 2020, the Chief Deputy Clerk resent the notice to the new address by first-class mail. On October 19, 2020, the postal service returned the September 16 notice with the

designations "unclaimed" and "unable to forward." The appellant having failed to respond to the notice to show cause within the required ten-day period or to report any change of address to the Court, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

2